IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 08-243M |
| v. | Violation: |
| WILLIAM HEDGPETH, | 18 U.S.C. §§2252A(a)(1) and (b)(1), 2256 |
| Defendant. | (Transporting or Shipping Material Involving Child Pornography) |

## INFORMATION

Between on or about February 2007 and March 2008, the defendant, WILLIAM HEDGPETH, knowingly did transport and ship in interstate commerce, from the Commonwealth of Virginia to the District of Columbia, by means of a computer, images of child pornography.

**(Transporting or Shipping Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(1), (b)(1) and 2256)

JEFFREY A. TAYLOR
United States Attorney

By: *Angela Schmidt*

ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov